UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERSON PAUL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MAURICE JUNIOUS, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-1563 JSL (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

　　　Petitioner's Objections reiterate the arguments made in the Petition and Traverse, and lack merit for the reasons set forth in the Report and Recommendation.

　　　Accordingly, IT IS ORDERED THAT:

　　　1.　　The Report and Recommendation is approved and accepted;

　　　2.　　Judgment be entered denying the Petition and dismissing this action with prejudice; and

　　　3.　　The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

DATED: July 26, 2012

*/s/ Spencer Letts*

_____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE