**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EMERSON PAUL,

            Petitioner,

      v.

MAURICE JUNIOUS, Warden,

            Respondent.

) Case No. CV 10-1563 JSL (JCG)
)
)
) **JUDGMENT**
)
)
)
)
)
)

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED: July 26, 2012

                             _Spencer Letts_

                        _____

                      HON. J. SPENCER LETTS
                UNITED STATES DISTRICT JUDGE