# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERSON PAUL,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MAURICE JUNIOUS, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-1563 JSL (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 26, 2012

*Spencer Letts*

_____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1